UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Amanda Wilson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-01497- UNA |
| | ) |
| Preferred Family Healthcare, Inc. | ) |
| | ) |
| Defendant, | ) |

## **ORDER**

The above styled and numbered case was opened on December 23, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:21-cv-00079-**NAB**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01497-UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: December 23, 2021                    By: Jason W. Dockery
                                                                 Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:21-cv-00079-NAB.**